# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2018

## NO. 03-17-00528-CV

**Ava Sue Anderson Vercher, Appellant**

**v.**

**Trimmings, Inc., Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
DISMISSED FOR WANT OF PROSECUTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the final judgment signed by the trial court on August 2, 2017. Having reviewed the record, the Court holds that Ava Sue Anderson Vercher has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.